## Nunzio Russo v. Ignatia Russo.
## Ignatia Russo, Appellee, v. Nunzio Russo, Appellant.
## Gen. No. 20,764. (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. RICHARD S. TUTHILL, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1914. Affirmed. Opinion filed May 25, 1915.

## Statement of the Case.

Bill by Nunzio Russo against Ignatia Russo for divorce. Defendant interposed a cross-bill charging desertion, and adulterous practices, as a result of

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

which he communicated to defendant a venereal disease. The chancellor held that neither the charge of adultery nor the communication of a venereal disease was sustained, but found that complainant had deserted defendant and entered a decree in her favor on the cross-bill, from which complainant appeals.

DONALD L. MORRILL, for appellant; ROBERT W. MILLAR, of counsel.

BAUER & DONOGHUE, for appellee; LESTER L. BAUER, of counsel.

MR. PRESIDING JUSTICE BAUME delivered the opinion of the court.

## Abstract of the Decision.

HUSBAND AND WIFE, § 264*—*when evidence sustains separate maintenance decree.* Evidence on cross-bill for separate maintenance *held* to sustain wife's claim that she was living separate and apart from her husband without her fault.